CENTRAL R. CO. OF NEW JERSEY, Respondent, v. R. B. SHIMER & CO., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by the Central Railroad Company of New Jersey against R. B. Shimer & Co. A. Benedict, of New York City, for appellants. W. Mann, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHADWICK PARK ATHLETIC CLUB, Appellant, v. PEASLEY, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by the Chadwick Park Athletic Club against Wallace A. Peasley, as Sheriff, etc. No opinion. Judgment (142 N. Y. Supp. 586) unanimously affirmed, with costs.

CHAPMAN, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Louis H. Chapman against James C. Fargo, as president of the American Express Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held that, upon the facts proven, the verdict is excessive. Rehearing denied, 145 N. Y. Supp. 1117.

CHAPMAN, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Louis H. Chapman against James C. Fargo, as president of the American Express. Company. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 145 N. Y. Supp. 1117.

CHAPMAN, Appellant, v. FOWLER, Respondent. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Edward N. Chapman against Julia E. Fowler. No opinion. Judgment reversed, upon the ground that the findings of fact are really conclusions of law, and therefore insufficient under section 1022 of the Code of Civil Procedure; and the action is remitted to the justice before whom the same was tried, for findings and decision, without costs to either party. See, also, 152 App. Div. 937, 137 N. Y. Supp. 1114.

CHAPMAN v. GEORGE R. READ & CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Charles McC. Chapman against George R. Read & Co. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 16, 144 N. Y. Supp. 412.

CHARLES F. GARRIGUES CO. v. INTERNATIONAL AGRICULTURAL CORPORATION. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Charles F. Garrigues Company against the International Agricultural Corporation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 982.

CHRIST, Respondent, v. LINCH, Appellant (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Fred Christ against George W. Linch, as receiver, etc. C. E. Chambers, for appellant. M. L. Malevinsky, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CHRISTIE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Dora F. Christie, as administratrix, etc., of Edward A. Christie, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

CITY OF BUFFALO, Appellant, v. BUFFALO GAS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by the City of Buffalo against the Buffalo Gas Company. No opinion. Order (82 Misc. Rep. 304, 143 N. Y. Supp. 716) affirmed, with $10 costs and disbursements, upon the opinion of Woodward, J., delivered at the Special Term.

CITY OF BUFFALO, Appellant, v. CZUDNOVSKI, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the City of Buffalo against Max Czudnovski. PER CURIAM. Judgment affirmed, with costs. It cannot be held as matter of law, upon the evidence in the record, that the defendant violated the ordinance.

CITY OF BUFFALO, Appellant, v. LAYMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the City of Buffalo against Gus Layman. PER CURIAM. Judgment affirmed, with costs. It cannot be held as matter of law, upon the evidence in the record, that the defendant violated the ordinance.

CLAPPER, Respondent, v. AREND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Flora Clapper against Mary L. Arend. No opinion. Judgment and order affirmed, with costs.

COE, Appellant, v. NORTHERN CENT. RY. CO., Respondent. (Supreme Court, Special Term, Chemung County. August 18, 1913.) Action by Newell S. Coe, as administrator, etc., against the Northern Central Railway Company. On motion for new trial by defendant.